IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-362-GCM

**KAREN KLYMAN,**
    **Plaintiff,**

    **v.**

**SPRINT NEXTEL CORPORATION,**
d/b/a Sprintnextel PCS,
    **Defendant**

## AMENDED ORDER

    **THIS MATTER is before the court on its own motion.** On April 7, 2009, this Court issued an order granting Plaintiff's Motion for Leave to Proceed *in forma pauperis.* That order is hereby amended to include:

        The Court directs the Clerk to issue process and deliver same to the United States Marshal, who shall effect service of process.

    **IT IS SO ORDERED.**

        Signed: April 8, 2009

        Graham C. Mullen
        United States District Judge