IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-362-GCM**

| | |
|---|---|
| KAREN KLYMAN, )<br>        Plaintiff, )<br>v. )<br>)<br>SPRINT NEXTEL CORPORATION )<br>d/b/a SPRINTNEXTEL - PCS, )<br>        Defendant. ) | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant Sprint Nextel Corporation to allow **AMY R. JONKER** to appear *Pro Hac Vice*, dated April 28, 2009 [doc #10].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Jonker has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 28, 2009

*(signature)*

Graham C. Mullen
United States District Judge