# United States District Court
## For The Western District of North Carolina
## Charlotte Division

KAREN KLYMAN,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:08CV362

SPRINT NEXTEL CORPORATION,
d/b/a Sprintnextel PCS

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2009 Order.

Signed: July 10, 2009

Frank G. Johns, Clerk
United States District Court